# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAS aka LOFOFORA EVA CONTRERAZ, <br><br> Plaintiff, <br><br> v. <br><br> JARED SHARON, et al., <br><br> Defendants. _____/ | CASE NO: 1:11-cv-01607-LJO-GBC (PC) <br><br> ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE <br><br> Docs. 10, 11 |

On September 9, 2011, Plaintiff Michael Contreras ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On October 20, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis. Doc. 13. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2012, this Court issued an Order Adopting the Magistrate Judge's Findings and Recommendations, revoking Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and requiring Plaintiff to pay the filing fee within fifteen days. Docs. 10, 11. Plaintiff did not file any objections or pay the filing fee within fifteen days.

//
//
//
//

1    Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

**Dated:    December 28, 2012**          /s/  Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE